MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER, ESQ.
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:  ferrariom@gtlaw.com
            miltenbergerc@gtlaw.com

*Attorneys for Defendants Live Ventures Incorporated,
Jon Isaac, and Virland A. Johnson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL E. SIEGGREEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE VENTURES INCORPORATED, JON ISAAC, and VIRLAND A. JOHNSON,<br><br>Defendants. | Case No.: 2:21-cv-01517-APG-EJY<br><br>**STIPULATION TO SET BRIEFING SCHEDULE AND [PROPOSED] ORDER**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Daniel E. Sieggreen ("Plaintiff") and Defendants Live Ventures Incorporated, Jon Isaac, and Virland A. Johnson (collectively, "Defendants"), by and through their respective counsel, hereby agree and stipulate, subject to this Court's approval, to set a briefing schedule relating to Plaintiff's Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint"), which Complaint was filed on August 13, 2021.  This is the first request for an extension of time for the parties to respond to the Complaint.  The parties' request is based on the following:

WHEREAS, on August 13, 2021, Plaintiff filed the Complaint in the above-captioned action against the Defendants;

ACTIVE 60042205v3

1    WHEREAS, on August 26, 2021, Plaintiff effectuated service on Defendant Live
2  Ventures Incorporated in the above-captioned action;

3    WHEREAS, Defendants' counsel have agreed to waive service on behalf of the
4  individual Defendants Jon Isaac and Virland A. Johnson in the above-captioned action;

5    WHEREAS, the Complaint asserts claims under the federal securities laws that are
6  subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which sets forth
7  specialized procedures for the administration of securities class actions, including a specific
8  process for the appointment of a lead plaintiff and lead counsel to represent the putative class;

9    WHEREAS, lead plaintiff and lead counsel have not yet been appointed and the deadline
10 to move for appointment as lead plaintiff is October 12, 2021;

11   WHEREAS, once the lead plaintiff is appointed, in addition to lead plaintiff's choice of
12 counsel an operative complaint will be identified or an amended complaint will be filed which
13 will become the operative complaint;

14   WHEREAS, the Parties anticipate that Defendants will file a motion to dismiss in
15 response to the operative complaint; and

16   WHEREAS, the Parties agree that in the interests of judicial economy, conservation of
17 time and resources, and orderly management of this action, no response to any pleading in this
18 action by any Defendant should occur until after lead plaintiff and lead counsel are appointed
19 pursuant to the PSLRA by this Court and such lead plaintiff identifies or files an operative
20 complaint.

21   NOW, THEREFORE, the Parties stipulate and agree, subject to the Court's approval,
22 that:

23   1.   Lead Plaintiff shall have until sixty (60) days after service of the Court's ruling on
24 the Motion to Appoint Lead Plaintiff and Lead Counsel to file an Amended Complaint or
25 otherwise identify the operative complaint in this matter.

26   2.   Defendants shall have until sixty (60) days after service of the Amended
27 Complaint or designation of the operative complaint to file a motion to dismiss or other

*ACTIVE 60042205v3*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

responsive pleading.

3. If Defendants file a motion to dismiss the operative complaint, Lead Plaintiff shall have until forty-five (45) days after service of the motion to dismiss to file their response and/or opposition to such motion.

4. Defendants shall have until thirty (30) days after service of Lead Plaintiff's response and/or opposition to the motion to dismiss to file their reply brief in support of any such motion they file in response to the operative complaint.

**IT IS SO STIPULATED.**

DATED this 17th day of September, 2021.    DATED this 17th day of September, 2021.

By: */s/ Christopher R. Miltenberger*　　　　By: */s/ Charles H. Linehan*
　　Mark E. Ferrario, Esq.　　　　　　　　　　　Andrew R. Muehlbauer, Esq.
　　Nevada Bar. No. 1625　　　　　　　　　　　　Nevada Bar No. 10161
　　Christopher R. Miltenberger, Esq.　　　　MUEHLBAUER LAW OFFICE, LTD.
　　Nevada Bar No. 10153　　　　　　　　　　　 7915 West Sahara Avenue, Suite 104
　　GREENBERG TRAURIG, LLP　　　　　　　　　　 Las Vegas, NV 89117
　　10845 Griffith Peak Drive, Suite 600
　　Las Vegas, NV 89135　　　　　　　　　　　　 Charles Linehan, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　 *Admitted pro hac vice*
　　*Attorneys for Live Ventures Incorporated,*　GLANCY PRONGAY & MURRAY LLP
　　*Jon Isaac, and Virland A. Johnson*　　　　 1925 Century Park East, Suite 2100
　　　　　　　　　　　　　　　　　　　　　　　　 Los Angeles, CA 90067

　　　　　　　　　　　　　　　　　　　　　　　　 *Attorneys for Plaintiff Daniel E. Sieggreen*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: September 17, 2021