MARK E. FERRARIO
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:  ferrariom@gtlaw.com
        miltenbergerc@gtlaw.com

*Attorneys for Defendants Live Ventures Incorporated,*
*Jon Isaac, and Virland A. Johnson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL E. SIEGGREEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE VENTURES INCORPORATED, JON ISAAC, and VIRLAND A. JOHNSON,<br><br>Defendants. | Case No.: 2:21-cv-01517-CDS-EJY<br><br><br>**DECLARATION OF CHRISTOPHER R. MILTENBERGER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** |

I, Christopher R. Miltenberger, declare as follows:

1.      I am an attorney at law duly licensed to practice before all of the courts in the State of Nevada.  I am a shareholder of the law firm of Greenberg Traurig, LLP, counsel of record for Defendants Live Ventures Incorporated, Jon Isaac, and Virland A. Johnson.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      Attached to the appendix as **Exhibit A** is a true and correct copy of Live Ventures Incorporated's December 29, 2016 Form 10-K for FY 2016, available at

*ACTIVE 687266605v1*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

https://www.sec.gov/Archives/edgar/data/0001045742/000168316816001034/live_10k-093016.htm.

3.    Attached to the appendix as **Exhibit B** is a true and correct copy of Live Ventures Incorporated's January 18, 2018 Form 10-K for FY 2017, available at https://www.sec.gov/Archives/edgar/data/0001045742/000168316818000179/live_10k-093017.htm.

4.    Attached to the appendix as **Exhibit C** is a true and correct copy of Live Ventures Incorporated's December 28, 2016 press release, titled "Live Ventures Announces Biggest Year in Company History Achieving Record Earnings of $8.92 Per Share With Continued Growth Anticipated in 2017," available at https://ir.liveventures.com/press-releases/detail/1535/live-ventures-announces-biggest-year-in-company-history.

5.    Attached to the appendix as **Exhibit D** is a true and correct copy of Live Ventures Incorporated's December 27, 2018 Form 10-K for FY 2018.

6.    Attached to the appendix as **Exhibit E** is a true and correct copy of Live Ventures Incorporated's January 5, 2018 Form 8-K, available at https://www.sec.gov/Archives/edgar/data/1045742/000168316818000051/live_8k.htm.

7.    Attached to the appendix as **Exhibit F** is a true and correct copy of Live Ventures Incorporated's February 14, 2018 Form 10-Q, available at https://www.sec.gov/Archives/edgar/data/1045742/000168316818000419/live_10q-123117.htm

8.    Attached to the appendix as **Exhibit G** is a true and correct copy of Live Ventures Incorporated's June 25, 2019 Schedule 14A (Proxy Statement), available at https://www.sec.gov/Archives/edgar/data/0001045742/000168316819002000/live_def14a.htm.

9.    Attached to the appendix as **Exhibit H** is a true and correct copy of Live Ventures Incorporated's August 15, 2016 Form 10-Q, available at https://www.sec.gov/Archives/edgar/data/1045742/000101968716007226/liveventures_10q-063016.htm.

*ACTIVE 687266605v1*

10.    Attached to the appendix as **Exhibit I** is a true and correct copy of Live Ventures Incorporated's January 9, 2017 Letter to Stockholders, available at https://ir.liveventures.com/press-releases/detail/1540/live-ventures-incorporated-issues-letter-to-stockholders and attached to Live Ventures Incorporated's January 9, 2017 Form 8-K, available at https://www.sec.gov/Archives/edgar/data/0001045742/000168316817000038/live_8k.htm.

11.    Attached to the appendix as **Exhibit J** is a true and correct copy of Live Ventures Incorporated's January 10, 2014 Form 10-K for FY 2013, available at https://www.sec.gov/Archives/edgar/data/0001045742/000101968714000104/live_10k-093013.htm.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed this 5th day of May, 2023, at Las Vegas, Nevada.

_/s/ Christopher R. Miltenberger_
Christopher R. Miltenberger

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

_ACTIVE 687266605v1_

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 5th day of May 2023, a true and correct copy of the foregoing ***Declaration of Christopher R. Miltenberger in Support of Defendants' Motion to Dismiss Amended Class Action Complaint*** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties registered to this case by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Andrea Lee Rosehill*
An employee of Greenberg Traurig, LLP

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

ACTIVE 687266605v1