MARK E. FERRARIO
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:  ferrariom@gtlaw.com
           miltenbergerc@gtlaw.com

*Attorneys for Defendants Live Ventures Incorporated,*
*Jon Isaac, and Virland A. Johnson*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL E. SIEGGREEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE VENTURES INCORPORATED, JON ISAAC, and VIRLAND A. JOHNSON,<br><br>Defendants. | Case No.: 2:21-cv-01517-CDS-EJY<br><br>**APPENDIX OF EXHIBITS TO DECLARATION OF CHRISTOPHER R. MILTENBERGER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>**VOLUME 2 OF 4** |

Pursuant to Local Rule IA 10(3)(i), the undersigned attorneys of record hereby submit the following Appendix of Exhibits to the Declaration of Christopher R. Miltenberger in Support of Defendants' Motion to Dismiss Complaint.

| EXHIBIT | VOL. NO. | DESCRIPTION | PAGE(S) |
|---|---|---|---|
| **A** | 1 | Live Ventures Incorporated's December 29, 2016 Form 10-K for FY 2016 | **131** |
| **B** | 2 | Live Ventures Incorporated's January 18, 2018 Form 10-K for FY 2017 | **129** |
| **C** | 2 | Live Ventures Incorporated's December 28, 2016 press release, "*Live Ventures Announces Biggest Year in Company History Achieving Record Earnings of $8.92 Per Share With Continued Growth Anticipated in 2017*" | **3** |

*ACTIVE 687272641v1*

| D | 3 | Live Ventures Incorporated's December 27, 2018 Form 10-K for FY 2018 | 116 |
|---|---|---|---|
| E | 3 | Live Ventures Incorporated's January 5, 2018 Form 8-K | 2 |
| F | 3 | Live Ventures Incorporated's February 14, 2018 Form 10-Q | 78 |
| G | 3 | Live Ventures Incorporated's June 25, 2019 Schedule 14A (Proxy Statement) | 45 |
| H | 4 | Live Ventures Incorporated's August 15, 2016 Form 10-Q | 46 |
| I | 4 | Live Ventures Incorporated's January 9, 2017 Letter to Stockholders | 5 |
| J | 4 | Live Ventures Incorporated's January 10, 2014 Form 10-K for FY 2013 | 105 |

Executed this 5th day of May, 2023, at Las Vegas, Nevada.

/s/ Christopher R. Miltenberger
Christopher R. Miltenberger

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

ACTIVE 687272641v1

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 5th day of May 2023, a true and correct copy of the foregoing *Appendix Volume 2 of 4 of Exhibits to Declaration of Christopher R. Miltenberger in Support of Defendants' Motion to Dismiss Amended Class Action Complaint* was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties registered to this case by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

/s/ Andrea Lee Rosehill
An employee of Greenberg Traurig, LLP

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

Page 3 of 4

ACTIVE 687272641v1