# EXHIBIT C

Live Ventures Incorporated's December 28, 2016 press release, *Live Ventures Announces Biggest Year in Company History Achieving Record Earnings of $8.92 Per Share With Continued Growth Anticipated in 2017*

December 28, 2016

# Live Ventures Announces Biggest Year in Company History Achieving Record Earnings of $8.92 Per Share With Continued Growth Anticipated in 2017

LAS VEGAS, Dec. 28, 2016 (GLOBE NEWSWIRE) -- Live Ventures Incorporated (Nasdaq:LIVE) ("Live Ventures" or the "Company"), a diversified holding company, announces today financial results from its fiscal year-end 2016.

Reporting its most successful year in the Company's history, Live Ventures reported a record $79M in revenues, an increase of 136 percent over the previous year, and net profit of approximately $17.82M, representing earnings per share (EPS) of $8.92.

Stockholders' equity, which is management's preferred measurement for performance, increased by 192 percent over 2015.  Since present management took over five years ago, stockholders equity has grown at a rate of 100.58 percent compounded annually.

"Live Ventures has truly come a long way since its founding in 1968, when we were known as Nuclear Corporation of New Mexico," said Jon Isaac, CEO of Live Ventures Incorporated. "We are elated with these most recent results and are grateful for the hard work of our employees, who were essential to the Company's recent success."

The company's outstanding year-end results were partially attributable to the stellar performance at its wholly owned subsidiary, Marquis Industries, and partially to other non-cash income realized in connection with the Company's deferred tax assets. These net operating losses (NOLs) were accumulated prior to Live Ventures becoming a diversified holding company and allow it to defer over $30M in future income. The NOLs provide the company a unique advantage in that it can keep a substantial portion of its income -- which normally would have been expensed at approximately 35 percent for taxes, and redeploy it in other areas such as stock repurchases, retirement of debt, or new acquisitions.  Although a portion of this year's earnings was attributable to its deferred tax assets, management believes the growth factors explained below will offset non-cash income realized during this year.

**Outlook for 2017**
The Company expects multiple factors to impact growth 2017.  Management anticipates revenues to increase by well over 50 percent, easily surpassing $120M, and stockholders' equity to grow at a high double-digit rate.  In addition, since the acquisition of Vintage Stock closed several weeks after our fiscal year end, none of the results from Vintage Stock is included in this financial report, all of which will figure prominently into the Company's upcoming 10Q filing and future financial results.

Management further expects additional growth in 2017 as a result of recent capital expenditures made at Marquis Industries to expand its highly successful turf product, which

has generated enough demand to be backordered by several months. Finally, in furtherance of the Company's previously announced strategic focus to make accretive acquisitions, such as Marquis Industries and Vintage Stock, management is evaluating several additional acquisition targets, which, if successful, would significantly further increase revenues, and potentially EPS, while not requiring the issuance of stock or convertible securities.

"We are extremely optimistic for the growth we expect in 2017.  This has been a record year for the Company, in terms of the pace at which we acquired assets, our financial success, and our ability to act quickly when we find an acquisition that fits our profile," said Jon Isaac, CEO of Live Ventures.  "We look forward to the opportunity to report continued successes."

Live Ventures' financial results were filed today with Securities and Exchange Commission (SEC) and can be accessed via the Company's website in the investor relations section, or by visiting the SEC's website.

**About Live Ventures Incorporated**
Live Ventures Incorporated is a diversified holding company with several wholly owned subsidiaries and a strategic focus on acquiring profitable companies that have demonstrated a strong history of earnings power.  Live Ventures Incorporated provides, among other businesses, marketing solutions that boost customer awareness and merchant visibility on the Internet.  The Company operates a deal engine, which is a service that connects merchants and consumers via an innovative platform that uses geo-location, enabling businesses to communicate real-time and instant offers to nearby consumers.  In addition, it maintains, through its subsidiary, ModernEveryday, an online consumer products retailer and, through its subsidiary, Marquis Industries, a specialty, high-performance yarns manufacturer, hard-surfaces re-seller, which is a top-10 high-end residential carpet manufacturer in the United States.  Marquis Industries, through its A-O Division, utilizes its state-of-the-art yarn extrusion capacity to market monofilament textured yarn products to the artificial turf industry.  Marquis is the only manufacturer in the world that can produce certain types of yarn prized by the industry.  Most recently, the company acquired Vintage Stock, Inc., an award-winning entertainment featuring movies, classic and new video games, music, collectible comics and toys, and the ability to special order and ship product worldwide to the customer's doorstep. Vintage Stock is America's largest entertainment superstore chain.

In December, Isaac Capital Group, our largest stockholder, agreed to lock up all of their shares for five years (through December 31, 2021).  To ensure that lock-up arrangement, they exchanged all of their shares for a series of "common equivalent" preferred stock, which is not redeemable; has no liquidation preference and virtually identical dividends (if any are declared); has no board seats and votes with the common stock; and is convertible back into common stock without any dilution (based on its original exchange from common stock). Accordingly, our common stock was reduced from approximately 2.8 million to 2.0 million shares.

**Forward-Looking and Cautionary Statements**
This press release may contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995.  In accordance with the safe harbor provisions of this Act, statements contained herein that look forward in time that include everything other than historical information, involve risks and uncertainties that may affect the Company's actual results. These forward-looking statements can be identified by

terminology such as "will," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements. Live Ventures Incorporated may also make written or oral forward-looking statements in its periodic reports to the U.S. Securities and Exchange Commission on Forms 10-K, 10-Q and 8-K, in its annual report to stockholders, in press releases and other written materials and in oral statements made by its officers, directors or employees to third parties. There can be no assurance that such statements will prove to be accurate and there are a number of important factors that could cause actual results to differ materially from those expressed in any forward-looking statements made by the Company, including, but not limited to, plans and objectives of management for future operations or products, the market acceptance or future success of our products, and our future financial performance.  The Company cautions that these forward-looking statements are further qualified by other factors including, but not limited to, those set forth in the Company's Form 10-K for the fiscal year ended September 30, 2016, most recent Form 10-Q, and other filings with the U S. Securities and Exchange Commission (available at http://www.sec.gov). The Company undertakes no obligation to publicly update or revise any statements in this release, whether as a result of new information, future events, or otherwise.

```
Contact:
Live Ventures Incorporated
Tim Matula, investor relations
425-836-9035
tmatula@live-ventures.com
http://live-ventures.com
Source: Live Ventures Incorporated
```

Source: Live Ventures Incorporated