MARK E. FERRARIO
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:  ferrariom@gtlaw.com
        miltenbergerc@gtlaw.com

*Attorneys for Defendants Live Ventures Incorporated,*
*Jon Isaac, and Virland A. Johnson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL E. SIEGGREEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE VENTURES INCORPORATED, JON ISAAC, and VIRLAND A. JOHNSON,<br><br>Defendants. | Case No.: 2:21-cv-01517-CDS-EJY<br><br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** |

Pursuant to Federal Rule of Evidence 201, Defendants Live Ventures Incorporated ("Live" or the "Company"), Jon Isaac ("Isaac"), and Virland A. Johnson ("Johnson," collectively, the "Defendants"), by and through their undersigned counsel, respectfully request that this Court take judicial notice of the following documents, attached to the Declaration of Christopher R. Miltenberger, which are matters of public record and are not subject to reasonable dispute because they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned:

ACTIVE 687259152v1

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

1. Live Ventures Incorporated's December 29, 2016 Form 10-K for FY 2016, available at https://www.sec.gov/Archives/edgar/data/0001045742/000168316816001034/live_10k-093016.htm, attached as Exhibit A.

2. Live Ventures Incorporated's January 18, 2018 Form 10-K for FY 2017, available at https://www.sec.gov/Archives/edgar/data/0001045742/000168316818000179/live_10k-093017.htm, attached as Exhibit B

3. Live Ventures Incorporated's December 28, 2016 press release, titled "Live Ventures Announces Biggest Year in Company History Achieving Record Earnings of $8.92 Per Share With Continued Growth Anticipated in 2017," available at https://ir.liveventures.com/press-releases/detail/1535/live-ventures-announces-biggest-year-in-company-history, attached as Exhibit C.

4. Live Ventures Incorporated's December 27, 2018 Form 10-K for FY 2018, available at https://www.sec.gov/Archives/edgar/data/0001045742/000168316818003807/live_10k-093018.htm, attached as Exhibit D.

5. Live Ventures Incorporated's January 5, 2018 Form 8-K, available at https://www.sec.gov/Archives/edgar/data/1045742/000168316818000051/live_8k.htm, attached as Exhibit E.

6. Live Ventures Incorporated's February 14, 2018 Form 10-Q, available at https://www.sec.gov/Archives/edgar/data/1045742/000168316818000419/live_10q-123117.htm, attached as Exhibit F

7. Live Ventures Incorporated's June 25, 2019 Schedule 14A (Proxy Statement), available at https://www.sec.gov/Archives/edgar/data/0001045742/000168316819002000/live_def14a.htm, attached as Exhibit G.

ACTIVE 687259152v1

8.  Live Ventures Incorporated's August 15, 2016 Form 10-Q, available at https://www.sec.gov/Archives/edgar/data/1045742/000101968716007226/liveventures_10q-063016.htm, attached as Exhibit H.

9.  Live Ventures Incorporated's January 9, 2017 Letter to Stockholders, available at https://ir.liveventures.com/press-releases/detail/1540/live-ventures-incorporated-issues-letter-to-stockholders and attached to Live Ventures Incorporated's January 9, 2017 Form 8-K, available at https://www.sec.gov/Archives/edgar/data/0001045742/000168316817000038/live_8k.htm, attached as Exhibit I.

10. Live Ventures Incorporated's January 10, 2014 Form 10-K for FY 2013, available at https://www.sec.gov/Archives/edgar/data/0001045742/000101968714000104/live_10k-093013.htm, attached as Exhibit J.

### ARGUMENT

"The court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c). Courts can take judicial notice of such matters without converting the motion to dismiss into a motion for summary judgment. *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001) (citing *Mack v. South Bay Beer Distribs., Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986)). Defendants request the Court take judicial notice of Exhibits A through G merely to establish that the information in those documents was disclosed and available to the public. To be clear, Defendants do not request that the Court take judicial notice of the truth of any statement asserted in any of these documents.

Plaintiff expressly references and relies upon certain SEC filings and other documents in his Amended Complaint, which is a basis for taking judicial notice of each of the documents.[1]

---

[1] *See, e.g.,* Amended Complaint, ¶¶ 4, 11, 55-56 (referencing Ex. A, FY2016 Form 10-K);

ACTIVE 687259152v1

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

*See United States v. Ritchie*, 342 F.3d 903, 907–08 (9th Cir. 2003) ("A court may … consider certain materials—documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice—without converting the motion to dismiss into a motion for summary judgment."); *see also Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007) (a court may consider "other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice"). Specifically, Defendants request that the Court take judicial notice and consider the contents of each of the following documents that are incorporated by reference in the Amended Complaint as set forth below:

| Document | Exhibit No. | Amended Complaint ¶[2] |
|---|---|---|
| Live Ventures Incorporated's ("Live") Form 10-K for Fiscal Year 2016, Filed December 29, 2016 | A | 11, 64-66, 148-149, 153 |
| Live's Form 10-K for Fiscal Year 2017, filed January 18, 2018 | B | 101, 167 |
| Live's Press Release, titled "Live Ventures Announces Biggest Year in Company History Achieving Record Earnings of $8.92 Per Share With Continued Growth Anticipated in 2017," issued December 28, 2016 | C | 9, 60, 146-147 |
| Live's Form 10-K for Fiscal Year 2018, filed December 27, 2018 | D | 103, 107 |
| Live's Form 8-K filed January 5, 2018 | E | 163, 242 |
| Live's Form 10-Q for Quarter Ended December 31, 2017, filed February 14, 2018 | F | 82, 85, 87-89, 171 |
| Live's Schedule 14A, filed June 25, 2019 | G | 104, 190 |
| Live's Letter to Stockholders, attached to Form 8-K, filed January 9, 2017 | I | 72, 157, 205 |

---

[2] These are examples of where these documents are referenced and otherwise relied upon by Plaintiff in his Amended Complaint. Each of these documents may also be referenced in other portions of the Amended Complaint.

*ACTIVE 687259152v1*

In addition, Exhibits A, B, D, E, F, G, H, I, and J are each documents publicly available for download on government websites. "Courts routinely take judicial notice of documents available on government websites because the documents are not subject to reasonable dispute." *Freeney v. Bank of Am. Corp.*, 2015 WL 4366439, at *13 (C.D. Cal. July 16, 2015). Exhibit C, which was also incorporated by referenced in the Amended Complaint, is a publicly-available web page on the website of Live Ventures Incorporated. Courts in the Ninth Circuit routinely take judicial notice of non-governmental websites, particularly where the website is submitted merely to show that information was publicly available and not for the truth of the information stated. *See Perkins v. LinkedIn Corp.*, 53 F. Supp. 3d 1190, 1204 (N.D. Cal. 2014) ("Proper subjects of a motion to dismiss include … publicly accessible websites[.]"). All of the exhibits are submitted merely to establish that the information shown in these documents was available to the public.

Based on the foregoing, Defendants respectfully request that the Court take judicial notice of each of the exhibits identified as Exhibits A through I which are attached to the Declaration of Christopher R. Miltenberger, filed contemporaneously herewith.

Dated this 5th day of May, 2023.

GREENBERG TRAURIG, LLP

By: */s/ Christopher R. Miltenberger*
    Mark E. Ferrario, Esq.
    Nevada Bar No. 1625
    Christopher R. Miltenberger, Esq.
    Nevada Bar No. 10153
    10845 Griffith Peak Drive, Suite 600
    Las Vegas, NV 89135

    *Attorneys for Defendants Live Ventures Incorporated, Jon Isaac, and Virland A. Johnson*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

*ACTIVE 687259152v1*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 5th day of May 2023, a true and correct copy of the foregoing ***Request for Judicial Notice in Support of Defendants' Motion to Dismiss Amended Class Action Complaint*** was filed electronically via the Court's CM/ECF system.   Notice of filing will be served on all parties registered to this case by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

/s/ Andrea Lee Rosehill
An employee of Greenberg Traurig, LLP

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

ACTIVE 687259152v1