John A. Hunt, Esq. (NSBN 1888)
Bert Wuester Jr., Esq. (NSBN 5556)
CLARK HILL, PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Ph. (702) 862-8300; fax (702) 862-8400
Email: jhunt@clarkhill.com
Email: bwuester@clarkhill.com
Attorneys for Defendant, JanOne Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL E. SIEGGREEN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LIVE VENTURES INCORPORATED, JON ISAAC, and VIRLAND A. JOHNSON, <br><br> Defendants. | Case No.: **2:21-cv-01517-CDS-EJY** <br><br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT, JANONE, INC.'S, MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** |

Pursuant to Federal Rule of Evidence 201, Defendant, JanOne Inc., a Nevada corporation ("JanOne"), by and through its undersigned counsel, respectfully requests that this Court take judicial notice of the following documents, attached to the Declaration of John A. Hunt, Esq. which are matters of public record and are not subject to reasonable dispute because they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned:

CLARKHILL\K0669\465893\271812950.v1-6/5/23

1. Live Ventures Incorporated's December 29, 2016 Annual Report on Form 10-K for FY 2016, available at https://www.sec.gov/Archives/edgar/data/0001045742/000168316816001034/live_10 k-093016.htm, attached as **Exhibit A**.

2. Live Ventures Incorporated's January 18, 2018 Annual Report on Form 10-K for FY 2017, available at https://www.sec.gov/Archives/edgar/data/0001045742/000168316818000179/live_10 k-093017.htm, attached as **Exhibit B**.

3. Live Ventures Incorporated's December 28, 2016 press release, titled "Live Ventures Announces Biggest Year in Company History Achieving Record Earnings of $8.92 Per Share With Continued Growth Anticipated in 2017," available at https://ir.liveventures.com/press-releases/detail/1535/live-ventures-announces-biggest-year-in-company-history, attached as **Exhibit C**.

4. Live Ventures Incorporated's December 27, 2018 Annual Report on Form 10-K for FY 2018, available at https://www.sec.gov/Archives/edgar/data/0001045742/000168316818003807/live_10 k-093018.htm, attached as **Exhibit D**.

5. Live Ventures Incorporated's January 5, 2018 Current Report on Form 8-K, available at https://www.sec.gov/Archives/edgar/data/1045742/000168316818000051/live_8k.ht m, attached as **Exhibit E**.

6. Live Ventures Incorporated's February 14, 2018 Quarterly Report on Form 10-Q, available at https://www.sec.gov/Archives/edgar/data/1045742/000168316818000419/live_10q-123117.htm, attached as **Exhibit F**.

CLARKHILL\K0669\465893\271812950.v1-6/5/23

7.  Live Ventures Incorporated's June 25, 2019 Schedule 14A (Proxy Statement), available at https://www.sec.gov/Archives/edgar/data/0001045742/000168316819002000/live_def14a.htm, attached as **Exhibit G**.

8.  Live Ventures Incorporated's August 15, 2016 Quarterly Report on Form 10-Q, available at https://www.sec.gov/Archives/edgar/data/1045742/000101968716007226/liveventures_10q-063016.htm, attached as **Exhibit H**.

9.  Live Ventures Incorporated's January 9, 2017 Letter to Stockholders, available at https://ir.liveventures.com/press-releases/detail/1540/live-ventures-incorporated-issues-letter-to-stockholders and attached to Live Ventures Incorporated's January 9, 2017 Form 8-K, available at https://www.sec.gov/Archives/edgar/data/0001045742/000168316817000038/live_8k.htm, attached as **Exhibit I**.

10. Live Ventures Incorporated's January 10, 2014 Annual Report on Form 10-K for FY 2013, available at https://www.sec.gov/Archives/edgar/data/0001045742/000101968714000104/live_10k-093013.htm, attached as **Exhibit J**.

The **Exhibits, A-J**, are included and attached to the Appendix of Documents, Volumes 1-4, filed concurrently herewith.

## DISCUSSION

"The court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid.

CLARKHILL\K0669\465893\271812950.v1-6/5/23

201(b).  The Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c).  Courts can take judicial notice of such matters without converting the motion to dismiss into a motion for summary judgment. *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001) (citing *Mack v. South Bay Beer Distribs., Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986)).  JanOne requests the Court take judicial notice of **Exhibits A** through **G** merely to establish that the information in those documents was disclosed and available to the public.  To be clear, JanOne does not request that the Court take judicial notice of the truth of any statement asserted in any of these documents.

Plaintiff expressly references and relies upon certain SEC filings and other documents in his Amended Complaint, which is a basis for taking judicial notice of each of the documents.[1] *See United States v. Ritchie*, 342 F.3d 903, 907–08 (9th Cir. 2003) ("A court may … consider certain materials—documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice—without converting the motion to dismiss into a motion for summary judgment."); *see also Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007) (a court may consider "other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice").  Specifically, JanOne requests that the Court take judicial notice and consider the contents of each of the following documents that are incorporated by reference in the Amended Complaint as set forth below:

| Document | Exhibit No. | Amended Complaint ¶[2] |
|---|---|---|
| Live Ventures Incorporated's ("Live") Annual Report on Form 10-K for Fiscal Year 2016, Filed December 29, 2016 | A | 11, 64-66, 148-149, 153 |

---

[1] *See, e.g.*, Amended Complaint, ¶¶ 4, 11, 55-56 (referencing **Exhibit A**, FY2016 Form 10-K).

[2] These are examples of where these documents are referenced and otherwise relied upon by Plaintiff in his Amended Complaint.  Each of these documents may also be referenced in other portions of the Amended Complaint.

CLARKHILL\K0669\465893\271812950.v1-6/5/23

| | | |
|---|---|---|
| Live's Form Annual Report on 10-K for Fiscal Year 2017, filed January 18, 2018 | B | 101, 167 |
| Live's Press Release, titled "Live Ventures Announces Biggest Year in Company History Achieving Record Earnings of $8.92 Per Share With Continued Growth Anticipated in 2017," issued December 28, 2016 | C | 9, 60, 146-147 |
| Live's Annual Report on Form 10-K for Fiscal Year 2018, filed December 27, 2018 | D | 103, 107 |
| Live's Current Report on Form 8-K filed January 5, 2018 | E | 163, 242 |
| Live's Quarterly Report on Form 10-Q for Quarter Ended December 31, 2017, filed February 14, 2018 | F | 82, 85, 87-89, 171 |
| Live's Schedule 14A, filed June 25, 2019 | G | 104, 190 |
| Live's Letter to Stockholders, attached to Form 8-K, filed January 9, 2017 | I | 72, 157, 205 |

In addition, **Exhibits A, B, D, E, F, G, H, I,** and **J** are each documents publicly available for download on government websites. "Courts routinely take judicial notice of documents available on government websites because the documents are not subject to reasonable dispute." *Freeney v. Bank of Am. Corp.*, 2015 WL 4366439, at *13 (C.D. Cal. July 16, 2015). **Exhibit C,** which was also incorporated by referenced in the Amended Complaint, is a publicly-available web page on the website of Live Ventures Incorporated. Courts in the Ninth Circuit routinely take judicial notice of non-governmental websites, particularly where the website is submitted merely to show that information was publicly available and not for the truth of the information stated. *See Perkins v. LinkedIn Corp.*, 53 F. Supp. 3d 1190, 1204 (N.D. Cal. 2014) ("Proper subjects of a motion to dismiss include ... publicly accessible websites[.]"). All of the exhibits are submitted merely to establish that the information shown in these documents was available to the public.

CLARKHILL\K0669\465893\271812950.v1-6/5/23

\\\

\\\

\\\

Based on the foregoing, JanOne respectfully request that the Court take judicial notice of each of the exhibits identified as **Exhibits A** through **I** which are attached to the Appendix of Documents (Volumes 1, 2, 3, and 4) to the Declaration of John A. Hunt, Esq., filed contemporaneously herewith.

Respectfully submitted this 5th day of June, 2023.

**CLARK HILL, PLLC**

By _____

John A. Hunt, Esq. (NSBN 1888)
Bert Wuester Jr., Esq. (NSBN 5556)
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Ph. (702) 862-8300; fax (702) 862-8400
Email: jhunt@clarkhill.com
Email: bwuester@clarkhill.com
Attorneys for Defendant, JanOne Inc.

CLARKHILL\K0669\465893\271812950.v1-6/5/23

## CERTIFICATE OF SERVICE

I, the undersigned employee of Clark Hill, PLLC, declare that:

I am a citizen of the United States and am over the age of eighteen years and not a party to the within aboveentitled action. I am an employee of Clark Hill, PLLC., in Las Vegas, Nevada,

On the date noted below, I caused to be served the within document, **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT, JANONE, INC.'S, MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**, on the parties in said action addressed as follows:

_____    [By Mail] I am familiar with my employer's practice for the collection and processing of correspondence formailing with the United States Postal Service and that each day's mail is deposited with the United States Postal Service that same day in the ordinary course of business. On the date set forth above, I served the aforementioneddocument(s) on the parties in said action by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid, for collection and mailing on this date, following ordinary business practices at Las Vegas, Nevada, addressed as set forth above.

_____    [By Personal Service] By causing a true copy to be personally delivered thereof to the office of the addressee above.

_____    [By Overnight Courier] By causing a true copy thereof to be personally delivered via the following overnight courier service:

__X__    [By Electronic Service] By causing a true copy thereof to be delivered electronically through the Court's ECF/PACER filing system, as stipulated by all parties to constitute personal service to the above address.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct, and that this declaration was executed at Las Vegas, Nevada.

By _____ this _____ day of _____, 2023.
Employee of Clark Hill, PLLC

CLARKHILL\K0669\465893\271812950.v1-6/5/23