John A. Hunt, Esq. (NSBN 1888)
Bert Wuester Jr., Esq. (NSBN 5556)
CLARK HILL, PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Ph. (702) 862-8300; fax (702) 862-8400
Email: jhunt@clarkhill.com
Email: bwuester@clarkhill.com
Attorneys for Defendant, JanOne Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL E. SIEGGREEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE VENTURES INCORPORATED, JON ISAAC, and VIRLAND A. JOHNSON,<br><br>Defendants. | Case No.: **2:21-cv-01517-CDS-EJY**<br><br>**APPENDIX OF EXHIBITS TO DECLARATION OF JOHN A HUNT, ESQ. IN SUPPORT OF DEFENDANT, JANONE, INC.'S, MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>**VOLUME 2 OF 4** |

Pursuant to Local Rule IA 10(3)(i), the undersigned attorneys of record hereby submit the following Appendix of Exhibits to the Declaration of John A. Hunt, Esq. in Support of Defendant, JanOne's Motion to Dismiss Amended Class Action Complaint.

| EXHIBIT | VOL. NO. | DESCRIPTION | PAGE(S) |
|---|---|---|---|
| A | 1 | Live Ventures Incorporated's December 29, 2016 Form 10-K for FY 2016 | 132 |
| B | 2 | Live Ventures Incorporated's January 18, 2018 Form 10-K for FY 2017 | 130 |
| C | 2 | Live Ventures Incorporated's December 28, 2016 press release, "*Live Ventures Announces Biggest Year in Company History Achieving Record Earnings of $8.92 Per Share With Continued Growth Anticipated in 2017*" | 4 |

CLARKHILL\K0669\465893\271812593.v1-6/5/23

| D | 3 | Live Ventures Incorporated's December 27, 2018 Form 10-K for FY 2018 | 105 |
|---|---|---|---|
| E | 3 | Live Ventures Incorporated's January 5, 2018 Form 8-K | 2 |
| F | 3 | Live Ventures Incorporated's February 14, 2018 Form 10-Q | 42 |
| G | 3 | Live Ventures Incorporated's June 25, 2019 Schedule 14A (Proxy Statement) | 34 |
| H | 4 | Live Ventures Incorporated's August 15, 2016 Form 10-Q | 29 |
| I | 4 | Live Ventures Incorporated's January 9, 2017 Letter to Stockholders | 4 |
| J | 4 | Live Ventures Incorporated's January 10, 2014 Form 10-K for FY 2013 | 67 |

Respectfully submitted this 5th day of June, 2023.

CLARK HILL, PLLC

By _____
John A. Hunt, Esq. (NSBN 1888)
Bert Wuester Jr., Esq. (NSBN 5556)
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Ph. (702) 862-8300; fax (702) 862-8400
Email: jhunt@clarkhill.com
Email: bwuester@clarkhill.com
Attorneys for Defendant, JanOne Inc.

ClarkHill\K0669\465893\271812593.v1-6/5/23

## CERTIFICATE OF SERVICE

I, the undersigned employee of Clark Hill, PLLC, declare that:

I am a citizen of the United States and am over the age of eighteen years and not a party to the within aboveentitled action. I am an employee of Clark Hill, PLLC., in Las Vegas, Nevada,

On the date noted below, I caused to be served the within document, **APPENDIX OF EXHIBITS TO DECLARATION OF JOHN A HUNT, ESQ. IN SUPPORT OF DEFENDANT, JANONE, INC.'S, MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT – VOLUME 2 OF 4**, on the parties in said action addressed as follows:

_____ [By Mail] I am familiar with my employer's practice for the collection and processing of correspondence formailing with the United States Postal Service and that each day's mail is deposited with the United States Postal Service that same day in the ordinary course of business. On the date set forth above, I served the aforementioneddocument(s) on the parties in said action by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid, for collection and mailing on this date, following ordinary business practices at Las Vegas, Nevada, addressed as set forth above.

_____ [By Personal Service] By causing a true copy to be personally delivered thereof to the office of the addressee above.

_____ [By Overnight Courier] By causing a true copy thereof to be personally delivered via the following overnight courier service:

__X__ [By Electronic Service] By causing a true copy thereof to be delivered electronically through the Court's ECF/PACER filing system, as stipulated by all parties to constitute personal service to the above address.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct, and that this declaration was executed at Las Vegas, Nevada.

By _____ this _____ day of _____, 2023.
    Employee of Clark Hill, PLLC

ClarkHill\K0669\465893\271812593.v1-6/5/23