JOHN A. HUNT, ESQ. (NSBN 1888)
BERT WUESTER JR., ESQ. (NSBN 5556)
RANDY KATZ, ESQ. (*Pro Hac Vice to be forthcoming*)
CLARK HILL LLP
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone No.: (702) 862-8300
Facsimile No.: (702) 778-9709
Email: jhunt@clarkhill.com
Email: bwuester@clarkhill.com
Email: rkatz@clarkhill.com
Attorneys for Defendant, JanOne Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL E. SIEGGREEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE VENTURES INCORPORATED, JON ISAAC, and VIRLAND A. JOHNSON,<br><br>Defendants. | Case No.: **2:21-cv-01517-CDS-EJY**<br><br>**DEFENDANT, JANONE INC.'S, JOINDER TO DEFENDANTS, LIVE VENTURES INCORPORATED, JON ISAAC, AND VIRLAND A. JOHNSON'S, REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** |

Defendant, JanOne Inc. ("JanOne"), hereby submits its Joinder to Defendants, Live Ventures Incorporated, Jon Isaac, and Virland A. Johnson's (collectively, "Live Ventures"), Reply in Support of Motion to Dismiss Amended Class Action Complaint (ECF 48).

## POINTS & AUTHORITIES

JanOne joins in the points and authorities, legal arguments, conclusion, and requested relief set forth in Live Ventures' Reply (ECF 56). JanOne's Joinder is also based on the papers

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

and pleadings on file, and any oral argument at the time of any hearing on the underlying Motions to Dismiss.

Respectfully submitted this 20th day of July, 2023.

**CLARK HILL LLP**

By //s// John A. Hunt
John A. Hunt, Esq. (NSBN 1888)
Bert Wuester Jr., Esq. (NSBN 5556)
Randy Katz, Esq. (*Pro Hac Vice to be forthcoming*)
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone No.: (702) 862-8300
Facsimile No.:  (702) 778-9709
Email: jhunt@clarkhill.com
Email: bwuester@clarkhill.com
Email: rkatz@clarkhill.com
*Attorneys for Defendant, JanOne Inc.*

2

CLARKHILL\K0669\465893\272367877.v1-7/20/23

## CERTIFICATE OF SERVICE

I, the undersigned employee of Clark Hill LLP, declare that:

I am a citizen of the United States and am over the age of eighteen years and not a party to the within above-entitled action. I am an employee of Clark Hill LLP in Las Vegas, Nevada,

On the date noted below, I caused to be served the within document, **DEFENDANT, JANONE INC.'S, JOINDER TO DEFENDANTS, LIVE VENTURES INCORPORATED, JON ISAAC, AND VIRLAND A. JOHNSON'S, REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT,** on the parties in said action addressed as follows:

__ **X** __     [By Electronic Service] By causing a true copy thereof to be delivered electronically through the Court's ECF/PACER filing system, as stipulated by all parties to constitute personal service to the above address.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct, and that this declaration was executed at Las Vegas, Nevada.

By //s// Phyllis L. Cameron this 20th day of July, 2023.
    Employee of Clark Hill LLP

3

CLARKHILL\K0669\465893\272367877.v1-7/20/23