ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
Email: andrew@mlolegal.com

Robert V. Prongay
Natalie S. Pang (*pro hac vice*)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
         npang@glancylaw.com

*Attorneys for Lead Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL E. SIEGGREEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>LIVE VENTURES INCORPORATED, JON ISAAC, and VIRLAND A. JOHNSON,<br><br>Defendants | Case No. 2:21-cv-01517-~~APG~~-EJY [CDS][1]<br><br>**Order Approving Joint Stipulation to Continue Hearing**<br><br>[ECF No. 62] |

---

[1] Counsel are reminded that this case was reassigned to District Judge Cristina D. Silva in April of 2022 (ECF No. 20), and are therefore instructed to update their caption for future filings. All documents must bear the correct case number: 2:21-cv-01517-CDS-EJY. *Id.*

**JOINT STIPULATION TO CONTINUE HEARING**

Plaintiff DANIEL E. SIEGGREEN ("Plaintiff") and Defendants LIVE VENTURES INCORPORATED, JON ISAAC, VIRLAND A. JOHNSON, and JANONE, INC. (collectively, "Defendants") by and through their undersigned counsel, hereby agree and stipulate, subject to this Court's approval, as follows:

~~WHEREAS, a hearing was set by the Court on Defendants' Motions to Dismiss (ECF Nos. 31, 39) for July 24, 2024;~~

WHEREAS, a hearing was set by the Court on Defendants' Motions to Dismiss (ECF Nos. 31, 39) for July 31, 2024;

WHEREAS, counsel for Plaintiff have scheduling conflicts ~~for both those dates~~;

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned parties and their respective counsel, subject to this Court's approval, as follows:

1. The hearing for the Motions to Dismiss (ECF Nos. 31, 39) will be held on August 28, 2024 at 10:00 a.m. in LV Courtroom 6B.

**IT IS SO STIPULATED.**

Dated: July 18, 2024

By: /s/ Mark E. Ferrario
MARK E. FERRARIO, ESQ.
Nevada Bar No.: 1625
CHRISTOPHER R. MILTENBERGER, ESQ.
Nevada Bar No.: 10153
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

Dated: July 18, 2024

By: /s/ Andrew R. Muehlbauer
ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE**
7915 West Sahara Ave., Suite 104
Las Vegas, NV 89117
Tel.: 702-330-4505
Fax: 702-825-0141
andrew@mlolegal.com

Robert V. Prongay
Natalie S. Pang (*pro hac vice*)
**GLANCY PRONGAY & MURRAY LLP**

*Attorneys for Defendants* Live Ventures Incorporated, Jon Isaac, and Virland A. Johnson

1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for* Plaintiff Daniel E. Sieggreen

Dated: July 18, 2024

By:   **/s/ John A. Hunt**
JOHN A. HUNT, ESQ.
Nevada Bar No.: 1888
BERT WUESTER, JR., ESQ.
Nevada Bar No.: 5556
**CLARK HILL, PLLC**
1700 S. Pavilion Center Dr., Suite 500
Las Vegas, Nevada 89135

*Attorneys for Defendant* JanOne Inc.

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: __July 18, 2024_____

3