MARK E. FERRARIO
Nevada Bar No. 1625
JASON HICKS
Nevada Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
       jason.hicks@gtlaw.com

*Attorneys for Defendants Live Ventures Incorporated,
Jon Isaac, and Virland A. Johnson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL E. SIEGGREEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>LIVE VENTURES INCORPORATED, et al.,<br><br>Defendants | Case No.: 2:21-cv-01517-CDS-EJY<br><br>**Order Approving in Part Stipulation to Continue Hearing on Motions to Dismiss**<br><br>[ECF No. 68] |

Plaintiff Daniel E. Sieggreen, individually and on behalf of all others similarly situation, and Defendants Live Ventures Incorporated, Jon Isaac, Virland A. Johnson, and JanOne, Inc. (collectively, "Defendants"), by and through their respective counsel, hereby agree and stipulate, subject to this Court's approval, to continue the hearing on the pending Motions to Dismiss [ECF Nos. 31 and 39]. The hearing was set by the Court for September 17, 2024, due conflicts with the Court's schedule. *See* ECF No. 67. However, counsel for Live Ventures, Jon Isaac, and Virland Johnson will be in an evidentiary hearing in Reno from September 16 through, potentially, September 26, and therefore unavailable on the rescheduled date.

Counsel for all parties have conferred and request that the Court reschedule the hearing to October 7, 8, 9, or 11, if amenable to the Court's schedule. If not, and in aid of scheduling, the parties note that counsel for JanOne is unavailable October 18 – November 4, 2024, and counsel for Live Ventures, Jon Isaac, and Virland Johnson is unavailable October 12 – November 1, 2024.

Dated this 12th day of September 2024.

By: */s/ Andrew R. Muehlbauer*
    Andrew R. Muehlbauer, Esq.
    Nevada Bar No. 10161
    MUEHLBAUER LAW OFFICE, LTD.
    7915 West Sahara Avenue, Suite 104
    Las Vegas, NV 89117

    Charles Linehan, Esq.
    *Admitted Pro Hac Vice*
    GLANCY PRONGAY & MURRAY LLP
    1925 Century Park East, Suite 2100
    Los Angeles, CA 90067

    *Attorneys for Lead Plaintiff Daniel E. Sieggreen*

Dated this 12th day of September 2024.

By: */s/ Mark Ferrario*
    Mark E. Ferrario, Esq.
    Nevada Bar No. 1625
    Jason Hicks, Esq.
    Nevada Bar No. 13149
    GREENBERG TRAURIG, LLP
    10845 Griffith Peak Drive, Suite 600
    Las Vegas, Nevada 89135

    *Attorneys for Live Ventures Incorporated, Jon Isaac, and Virland A. Johnson*

Dated this 12th day of September 2024.

By: */s/ Randy Katz*
    John A. Hunt, Esq.
    Nevada Bar No. 1888
    Bert Wuester, Jr., Esq.
    Nevada Bar No. 5556
    CLARK HILL, PLLC
    1700 S. Pavilion Center Drive, Suite 5090
    Las Vegas, Nevada 89135

    Randy Katz, Esq.
    *Admitted Pro Hac Vice*
    CLARK HILL
    555 South Flower Street, 24th Floor
    Los Angeles, CA 90071

    *Attorneys for Defendant JanOne, Inc.*

**ORDER**

Considering the stipulation between counsel, and with good cause appearing, it is ordered that the hearing on the pending motions to dismiss (ECF Nos. 31 and 39) presently set for September 17, 2024, is vacated and reset to September 30, 2024 at 1:00 p.m. in LV Courtroom 6B.

_____
UNITED STATES DISTRICT JUDGE
Dated: September 16, 2024