MARK E. FERRARIO
Nevada Bar No. 1625
JASON K. HICKS
Nevada Bar No. 13149
JERRELL L. BERRIOS
Nevada Bar No. 15504
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:  ferrariom@gtlaw.com
            jason.hicks@gtlaw.com
            berriosj@gtlaw.com

*Attorneys for Defendants Live Ventures Incorporated,*
*Jon Isaac, and Virland A. Johnson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL E. SIEGGREEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE VENTURES INCORPORATED, JON ISAAC, VIRLAND A. JOHNSON,<br><br>Defendants. | Case No.: 2:21-cv-01517-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE RESPONSE TO SECOND AMENDED COMPLAINT (ECF NO. 74)**<br><br>**[FIRST REQUEST]** |

COME NOW Plaintiff Daniel E. Sieggreen, individually and on behalf of all others similarly situated, and Defendants Live Ventures Incorporated, Jon Isaac, Virland A. Johnson, and JanOne, Inc. (collectively, "Defendants"), through their respective counsel, and hereby agree and stipulate, subject to this Court's approval, to extend the deadline for Defendants to file their response to the Second Amended Complaint [ECF No. 74] from December 2, 2024 to December 16, 2024.  This is the first request to extend the deadline for Defendants to respond to the Second Amended Complaint.

Dated this 25th day of November 2024.

By: /s/ Andrew R. Muehlbauer
    Andrew R. Muehlbauer, Esq.
    Nevada Bar No. 10161
    MUEHLBAUER LAW OFFICE, LTD.
    7915 West Sahara Avenue, Suite 104
    Las Vegas, NV 89117

    Charles Linehan, Esq.
    *Admitted Pro Hac Vice*
    GLANCY PRONGAY & MURRAY LLP
    1925 Century Park East, Suite 2100
    Los Angeles, CA 90067

    *Attorneys for Lead Plaintiff Daniel E. Sieggreen*

Dated this 25th day of November 2024.

By: /s/ Jerrell Berrios
    Mark E. Ferrario, Esq.
    Nevada Bar No. 1625
    Jason K. Hicks, Esq.
    Nevada Bar No. 13149
    Jerrell L. Berrios, Esq.
    Nevada Bar No. 15504
    GREENBERG TRAURIG, LLP
    10845 Griffith Peak Drive, Suite 600
    Las Vegas, Nevada 89135

    *Attorneys for Live Ventures Incorporated, Jon Isaac, and Virland A. Johnson*

Dated this 25th day of November 2024.

By: /s/ Randy Katz
    John A. Hunt, Esq.
    Nevada Bar No. 1888
    Bert Wuester, Jr., Esq.
    Nevada Bar No. 5556
    CLARK HILL, PLLC
    1700 S. Pavilion Center Drive, Suite 5090
    Las Vegas, Nevada 89135

    Randy Katz, Esq.
    *Admitted Pro Hac Vice*
    CLARK HILL
    555 South Flower Street, 24th Floor
    Los Angeles, CA 90071

    *Attorneys for Defendant JanOne, Inc.*

## **ORDER**

Considering the stipulation between counsel, and with good cause appearing, the deadline for Defendants to respond to the Second Amended Complaint is December 16, 2024.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: November 25, 2024