GLANCY PRONGAY & MURRAY LLP
Robert V. Prongay (admitted *pro hac vice*)
Natalie S. Pang (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
       npang@glancylaw.com

MUEHLBAUER LAW OFFICE, LTD.
Andrew R. Muehlbauer, Esq.
Nevada Bar No. 10161
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
Email: andrew@molegal.com

*Attorneys for Lead Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL E. SIEGGREEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>LIVE VENTURES INCORPORATED, JON ISAAC, and VIRLAND A. JOHNSON,<br><br>Defendants | Case No. 2:21-cv-01517-CDS-EJY<br><br>**Order Approving STIPULATION TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]**<br><br>[ECF No. 81] |

Case No. 2:21-cv-01517-CDS-EJY

1. Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Lead Plaintiff Daniel E. Sieggreen ("Plaintiff"), and Defendants Live Ventures Incorporated, Jon Isaac, Virland A. Johnson, and JanOne, Inc. (collectively, "Defendants"), through their respective counsel, hereby agree and stipulate, subject to this Court's approval, to extend the deadline for Plaintiff to file an opposition to Defendants' Motions to Dismiss the Second Amended Complaint ("Motions"; Dkt. Nos. 78 & 80), and to set a briefing schedule on the Motions. This is the first request to extend the deadline for Plaintiff to file an opposition to Defendants' Motions and to set a briefing schedule on Defendants' Motions. The parties' request is based on the following:

WHEREAS, on October 31, 2024, Plaintiff filed the Second Amended Complaint ("SAC"; Dkt. No. 74);

WHEREAS, on December 16, 2024, Defendants responded to the SAC by filing motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. Nos. 78 & 80), and the Court set December 30, 2024 as the deadline to respond to the Motions;

NOW, THEREFORE, the parties have met and conferred and agreed, subject to the Court's approval, that:

1. The deadline for Plaintiff to file an opposition to the Motions is extended from December 30, 2024, to February 18, 2025.
2. The deadline for Defendants to file a reply in support of the Motions is April 4, 2025.

**IT IS SO STIPULATED.**

Dated this 20th day of December 2024.                   Dated this 20th day of December 2024.

By: */s/ Natalie S. Pang*                                               By:   */s/ Mark E. Ferrario*
    Andrew R. Muehlbauer, Esq.                                          Mark E. Ferrario, Esq.
    Nevada Bar No. 10161                                                Nevada Bar No. 1625
    MUEHLBAUER LAW OFFICE, LTD.                                         Jason K. Hicks, Esq.
    7915 West Sahara Avenue, Suite 104                                  Nevada Bar No. 13149
    Las Vegas, NV 89117                                                 Jerrell L. Berrios, Esq.
                                                                        Nevada Bar No. 15504
                                                                        GREENBERG TRAURIG, LLP
                                                                        10845 Griffith Peak Drive, Suite 600
    Robert V. Prongay, Esq.                                             Las Vegas, Nevada 89135
    *Admitted Pro Hac Vice*
    Natalie S. Pang, Esq.                                               *Attorneys for Live Ventures Incorporated,*
    *Admitted Pro Hac Vice*                                             *Jon Isaac, and Virland A. Johnson*

Case No. 2:21-cv-01517-CDS-EJY                                                                              1

| | |
|---|---|
| GLANCY PRONGAY & MURRAY LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br><br>*Attorneys for Lead Plaintiff Daniel E. Sieggreen* | Dated this 20th day of December 2024.<br><br>By: */s/ John A. Hunt*<br>John A. Hunt, Esq.<br>Nevada Bar No. 1888<br>Bert Wuester, Jr., Esq.<br>Nevada Bar No. 5556<br>CLARK HILL, PLLC<br>1700 S. Pavilion Center Drive, Suite 5090<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant JanOne, Inc.* |

**ORDER**

Based on the stipulation between counsel, the deadline for Sieggreen to file an opposition to defendants' motions to dismiss is extended to February 18, 2025; and defendants' deadline to file a reply in support of their motions is extended to April 4, 2025.

_____
UNITED STATES DISTRICT JUDGE

Dated: December 27, 2024