MARK E. FERRARIO
Nevada Bar No. 1625
JASON K. HICKS
Nevada Bar No. 13149
JERRELL L. BERRIOS
Nevada Bar No. 15504
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Email: ferrariom@gtlaw.com
       jason.hicks@gtlaw.com
       berriosj@gtlaw.com

*Attorneys for Defendants Live Ventures Incorporated,
Jon Isaac, and Virland A. Johnson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL E. SIEGGREEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>LIVE VENTURES INCORPORATED, JON ISAAC, VIRLAND A. JOHNSON,<br><br>Defendants | Case No.: 2:21-cv-01517-CDS-EJY<br><br>**ORDER APPROVING STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS TO SECOND AMENDED COMPLAINT**<br><br>**[SECOND REQUEST]**<br><br>[ECF No. 84] |

COME NOW Plaintiff Daniel E. Sieggreen, individually and on behalf of all others similarly situated, and Defendants Live Ventures Incorporated, Jon Isaac, Virland A. Johnson, and JanOne, Inc. (collectively, "Defendants"), through their respective counsel, and hereby agree and stipulate, subject to this Court's approval, to extend the deadline for Defendants to file a reply in support of their respective Motions to Dismiss the Second Amended Complaint (*See* ECF Nos. 78-80) from April 4, 2025 to April 11, 2025. The parties previously stipulated to setting a briefing schedule on the Motions to Dismiss. However, due to Defendants' counsel's conflicting case and scheduling commitments, the parties stipulated to a brief, one-week extension. This is the second request to extend the deadline relating to Defendants' reply in support of their respective Motions

to Dismiss.

Dated this 31st day of March 2025.

By: /s/ Natalie S. Pang
Andrew R. Muehlbauer, Esq.
Nevada Bar No. 10161
MUEHLBAUER LAW OFFICE, LTD.
7915 West Sahara Avenue, Suite 104
Las Vegas, NV 89117

Natalie S. Pang, Esq.
*Admitted Pro Hac Vice*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

*Attorneys for Lead Plaintiff Daniel E. Sieggreen*

Dated this 31st day of March 2025.

By: /s/ Jerrell Berrios
Mark E. Ferrario, Esq.
Nevada Bar No. 1625
Jason K. Hicks, Esq.
Nevada Bar No. 13149
Jerrell L. Berrios, Esq.
Nevada Bar No. 15504
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Live Ventures Incorporated, Jon Isaac, and Virland A. Johnson*

Dated this 31st day of March 2025.

By: /s/ Randy Katz
John A. Hunt, Esq.
Nevada Bar No. 1888
Bert Wuester, Jr., Esq.
Nevada Bar No. 5556
CLARK HILL, PLLC
1700 S. Pavilion Center Drive, Suite 5090
Las Vegas, Nevada 89135

Randy Katz, Esq.
*Admitted Pro Hac Vice*
CLARK HILL
555 South Flower Street, 24th Floor
Los Angeles, CA 90071

*Attorneys for Defendant JanOne, Inc.*

## ORDER

Considering the stipulation between counsel, and with good cause appearing, the deadline for defendants to submit their a reply in support of their respective motions to dismiss is extended to April 11, 2025.

_____
UNITED STATES DISTRICT JUDGE
Dated: April 1, 2025