JOHN A. HUNT, ESQ. (NSBN 1888)
BERT WUESTER JR., ESQ. (NSBN 5556)
RANDY KATZ, ESQ. (*Pro Hac Vice*)
CLARK HILL LLP
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone No.: (702) 862-8300
Facsimile No.: (702) 778-9709
Email: jhunt@clarkhill.com
Email: bwuester@clarkhill.com
Email: rkatz@clarkhill.com
Attorneys for Defendant, JanOne Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL E. SIEGGREEN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LIVE VENTURES INCORPORATED, JON ISAAC, and VIRLAND A. JOHNSON, <br><br> Defendants. | Case No.: **2:21-cv-01517-CDS-EJY** <br><br> **DEFENDANT, JANONE INC.'S, JOINDER TO DEFENDANTS, LIVE VENTURES INCORPORATED, JON ISAAC, AND VIRLAND A. JOHNSON'S** *REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT (ECF NO. 74)* |

Defendant, JanOne Inc. ("JanOne"), hereby submits its Joinder to Defendants, Live Ventures Incorporated, Jon Isaac, and Virland A. Johnson's (collectively "Live Ventures") *Reply in Support of Motion to Dismiss Second Amended Class Action Complaint (ECF No. 74).*

## POINTS & AUTHORITIES

JanOne joins in Live Ventures' Reply's points and authorities, legal arguments, conclusion, and requested relief. JanOne's Joinder is also based on the papers and pleadings on file, and any oral argument at the time of any hearing on the underlying Motions to Dismiss the Second Amended Class Action Complaint.

1

Respectfully submitted this 11th day of April, 2025.

**CLARK HILL LLP**

By /s/ John A. Hunt, Esq.
John A. Hunt, Esq. (NSBN 1888)
Bert Wuester Jr., Esq. (NSBN 5556)
Randy Katz, Esq. (*Pro Hac Vice*)
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone No.: (702) 862-8300
Facsimile No.:  (702) 778-9709
Email: jhunt@clarkhill.com
Email: bwuester@clarkhill.com
Email: rkatz@clarkhill.com
*Attorneys for Defendant, JanOne Inc.*

**CERTIFICATE OF SERVICE**

I, the undersigned employee of Clark Hill, PLLC, declare that:

I am a citizen of the United States and am over the age of eighteen years and not a party to the within aboveentitled action. I am an employee of Clark Hill, PLLC., in Las Vegas, Nevada,

On the date noted below, I caused to be served the within document, **DEFENDANT, JANONE INC.'S, JOINDER TO DEFENDANTS, LIVE VENTURES INCORPORATED, JON ISAAC, AND VIRLAND A. JOHNSON'S** *REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT (ECF NO. 74)***,** on the parties in said action addressed as follows:

___**X**___        [By Electronic Service] By causing a true copy thereof to be delivered electronically through the Court's ECF/PACER filing system, as stipulated by all parties to constitute personal service to the above address.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct, and that this declaration was executed at Las Vegas, Nevada.

By */s/ Lila Saiz-Goode*  this 11th  day of April, 2025.
    Employee of Clark Hill, PLLC

2