MARK E. FERRARIO
Nevada Bar No. 1625
JASON K. HICKS
Nevada Bar No. 13149
JERRELL L. BERRIOS
Nevada Bar No. 15504
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Email:  ferrariom@gtlaw.com
           jason.hicks@gtlaw.com
           berriosj@gtlaw.com

*Attorneys for Defendants Live Ventures Incorporated,
Jon Isaac, and Virland A. Johnson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL E. SIEGGREEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE VENTURES INCORPORATED, JON ISAAC, VIRLAND A. JOHNSON,<br><br>Defendants. | Case No.: 2:21-cv-01517-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE ANSWER TO SECOND AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Daniel E. Sieggreen, individually and on behalf of all others similarly situated, and Defendants Live Ventures Incorporated, Jon Isaac, Virland A. Johnson (the "Live Defendants"), and JanOne, Inc. (collectively, with the Live Defendants, "Defendants"), through their respective counsel, hereby stipulate, subject to this Court's approval, to extend the deadline for all Defendants to file an Answer to Plaintiff's Second Amended Complaint (ECF No. 74) from October 14, 2025 to October 28, 2025. Defendants previously moved to dismiss the Second Amended Complaint. *See* ECF Nos. 78-80. The Court denied Defendants' motions to dismiss, causing an Answer deadline to be due on October 14, 2025. *See* ECF No. 88. However, due to the Live Defendants' lead counsel's conflicting case and

scheduling commitments, including three back-to-back depositions from October 13-15, to facilitate Defendants' continued joint defense efforts, with resulting judicial economy, and for ease of scheduling for the parties and for this Honorable Court, the parties stipulated to a brief, two-week extension for all Defendants to file their respective Answers as a courtesy. This is the first request to extend the deadline relating to any Defendants' filing of an Answer to the Second Amended Complaint. This request is made in good faith and not for the purposes of delay.

Dated this 14th day of October 2025.

By: */s/ Natalie S. Pang*
    Andrew R. Muehlbauer, Esq.
    Nevada Bar No. 10161
    MUEHLBAUER LAW OFFICE, LTD.
    7915 West Sahara Avenue, Suite 104
    Las Vegas, NV 89117

    Natalie S. Pang, Esq.
    *Admitted Pro Hac Vice*
    GLANCY PRONGAY & MURRAY LLP
    1925 Century Park East, Suite 2100
    Los Angeles, CA 90067

    *Attorneys for Lead Plaintiff Daniel E. Sieggreen*

Dated this 14th day of October 2025.

By: */s/ Jerrell Berrios*
    Mark E. Ferrario, Esq.
    Nevada Bar No. 1625
    Jason K. Hicks, Esq.
    Nevada Bar No. 13149
    Jerrell L. Berrios, Esq.
    Nevada Bar No. 15504
    GREENBERG TRAURIG, LLP
    10845 Griffith Peak Drive, Suite 600
    Las Vegas, Nevada 89135

    *Attorneys for Live Ventures Incorporated, Jon Isaac, and Virland A. Johnson*

Dated this 14th day of October 2025.

By: */s/ John A. Hunt*
    John A. Hunt, Esq.
    Nevada Bar No. 1888
    Bert Wuester, Jr., Esq.
    Nevada Bar No. 5556
    CLARK HILL, PLLC
    1700 S. Pavilion Center Drive, Suite 5090
    Las Vegas, Nevada 89135

    Randy Katz, Esq.
    *Admitted Pro Hac Vice*
    CLARK HILL
    555 South Flower Street, 24th Floor
    Los Angeles, CA 90071

    *Attorneys for Defendant JanOne, Inc.*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

**ORDER**

Considering the stipulation between counsel, and with good cause appearing, the deadline for all Defendants to file an Answer to the Second Amended Complaint is due on October 28, 2025.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: October 14, 2025