GARMAN TURNER GORDON LLP
DYLAN T. CICILIANO
NV Bar No. 12348
Email: dciciliano@gtg.legal
7251 Amigo Drive, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for Defendant JanOne, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL E. SIEGGREEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIVE VENTURES INCORPORATED, JON ISAAC, VIRLAND A. JOHNSON, AND JANONE INC.<br><br>Defendants, | CASE NO.: 2:21-cv-01517-CDS-EJY<br><br>**DEFENDANT JANONE INC.'S SUBSTITUTION OF COUNSEL** |

Defendant JanOne, Inc. ("JanOne" and "Defendant"), hereby substitutes Dylan T. Ciciliano, Esq. of Garman Turner Gordon LLP as attorney of record in place of the law firm Clark Hill PLC.

Dated this 27th day of October 2025.

                                                GARMAN TURNER GORDON LLP

                                                */s/ Dylan T. Ciciliano*
                                                DYLAN T. CICILIANO
                                                NV Bar No. 12348
                                                Email: dciciliano@gtg.legal
                                                7251 Amigo Drive, Suite 210
                                                Las Vegas, Nevada 89119
                                                Tel: (725) 777-3000
                                                Fax: (725) 777-3112
                                                *Attorneys for Defendant JanOne, Inc.*

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1 of 3

Defendant JanOne, Inc. and Clark Hill PLC hereby agree and consent to the substitution of Dylan T. Ciciliano, Esq. of Garman Turner Gordon LLP, as the attorney of record for Defendant JanOne, Inc. in this matter, and request that Clark Hill PLC be removed from the service list.

Dated this 27th day of October 2025.                     Dated this 27th day of October 2025.

**CLARK HILL PLC**

*/s/ John A. Hunt*                                                      */s/ Jonathan Hugh*
JOHN A. HUNT                                                       Jonathan Hugh
Nevada Bar No. 1888                                              Acting Chief Executive Officer; Chief
1700 S. Pavilion Center Drive, Suite 500              Financial Officer of Alt5 Sigma Corp. (f/k/a
Las Vegas, NV 89135                                              JanOne, Inc.)
*Attorneys for Defendant JanOne, Inc.*               *On Behalf of Defendant JanOne, Inc.*

**IT IS SO ORDERED.**

                                                                          _____
                                                                          UNITED STATES MAGISTRATE JUDGE

                                                                          Date:    October 27, 2025

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2 of 3