GARMAN TURNER GORDON LLP
DYLAN T. CICILIANO
NV Bar No. 12348
Email: dciciliano@gtg.legal
7251 Amigo Drive, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for Defendant JanOne, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL E. SIEGGREEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIVE VENTURES INCORPORATED, JON ISAAC, VIRLAND A. JOHNSON, AND JANONE INC.<br><br>Defendants, | CASE NO.: 2:21-cv-01517-CDS-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE ANSWER TO SECOND AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Daniel E. Sieggreen ("Plaintiff"), Defendant JanOne, Inc. ("JanOne"), and Defendants Live Ventures Incorporated, Jon Isaac, and Virland A. Johnson (the "Live Defendants," or together with JanOne, "Defendants"), respectfully request that the Court enter this stipulation to extend time for Defendants to file an answer to the Complaint by not more than 30 days.

The parties hereby stipulate and agree to the following:

1. Plaintiff filed his Second Amended Complaint ("Complaint") on October 31, 2024. [ECF No.74]

2. Defendants filed their respective Motions to Dismiss Plaintiff's Complaint ("Motion") on December 16, 2024. [ECF Nos. 78 and 80]

3. On September 30, 2025, the Court issued an Order denying Defendants' respective Motions ("Order"). [ECF No. 88]

///

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1 of 3

4. Pursuant to Rule 12(a)(4) of the Federal Rules of Civil Procedure, Defendants have 14 days from the date the Court denies the Motion to file and serve an answer to the Complaint.

5. On October 14, 2025, the Court entered an Order granting the parties' stipulation to extend the time for Defendants to file an answer to the Complaint, from October 14, 2025, to October 28, 2025. [ECF No. 90]

6. JanOne has recently engaged new litigation counsel in this matter, who have filed their request to substitute into the matter as counsel for JanOne. [ECF No. 91]. An extension will allow JanOne and its new counsel to perform an assessment of internal documents and records to understand the historical facts underlying the allegations, which predate current counsel and the current financial officers of the company.

7. Additionally, the Live Defendants seek the same extension to continue facilitating Defendants' joint defense efforts, with resulting judicial economy, and for ease of scheduling for the parties and this Court.

8. This request is made in good faith and not for purposes of delay. Accordingly, the parties stipulate to an extension of 30 days, up to and including December 1, 2025, to file an answer to the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: October 29, 2025

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of October 2025.

GARMAN TURNER GORDON LLP

*/s/ Dylan T. Ciciliano*
DYLAN T. CICILIANO
NV Bar No. 12348
J. SEAN BENEVENTO
NV Bar No. 16498
7251 Amigo Drive, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Defendant JanOne, Inc.*

Dated this 28th day of October 2025.

GREENBERG TRAURIG, LLP

*/s/ Jerrell Berrios*
MARK E. FERRARIO
NV Bar No. 1625
JASON K. HICKS
NV Bar No. 13149
JERRELL L. BERRIOS
NV Bar No. 15504
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Attorneys for Live Ventures Incorporated, Jon Isaac, and Virland A. Johnson*

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2 of 3

Dated this 28th day of October 2025.

GLANCY PRONGAY & MURRAY LLP

*/s/ Natalie S. Pang*
NATALIE S. PANG (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

-and –

ANDREW R. MUEHLBAUER
NV Bar No. 10161
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117

*Counsel for Lead Plaintiff Daniel E. Sieggreen*

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

3 of 3