Ex Kano S. Sams II (admitted *Pro Hac Vice*)
Christopher Fallon (admitted *Pro Hac Vice*)
**GLANCY PRONGAY WOLKE & ROTTER LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: esams@glancylaw.com
cfallon@glancylaw.com

*Liaison Counsel for Lead Plaintiff Daniel E. Sieggreen*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVEDA**

| | |
|---|---|
| DANIEL E. SIEGGREEN, Individually and On Behalf of All Others Similarly Situated,,<br><br>Plaintiff,<br><br>v.<br><br>LIVE VENTURES INCORPORATED, JON ISAAC, and VIRLAND A. JOHNSON,,<br><br>Defendants. | Case No. 2:21-cv-01517-CDS-EJY<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION** |

Under LR IA 6-1 and LR 7-1(c), Lead Plaintiff Daniel E. Sieggreen ("Plaintiff"), on his own behalf and on behalf of the proposed class in this action, and Defendant JanOne, Inc. filed a Joint Motion to extend the deadlines applicable to the briefing of Plaintiff's anticipated motion for class certification. Upon consideration of the Joint Motion, and good cause appearing in support of the motion:

IT IS HEREBY ORDERED that the Joint Motion (ECF No. [110]) is GRANTED.

IT IS FURTHER ORDERED that good cause is established based on the pending Motion to Withdraw by counsel for the Live Ventures Defendants. The extension provides these Defendants considerable time to retain new counsel.

IT IS FURTHER ORDERED that the Court sets the following briefing schedule for the motion for class certification:

1. Plaintiff will file a motion for class certification on or before November 13, 2026;
2. Defendants will file an opposition to Plaintiff's motion for class certification on or before January 15, 2027; and
3. Plaintiff will file a reply in support of the motion for class certification on or before February 26, 2027.

Date: July 27, 2026

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE